IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ANTHONY MCNABB                                                                                  PLAINTIFF

VERSUS                                                         CIVIL ACTION NO. 5:09cv26-DCB-MTP

KAY WASHINGTON, ET AL.                                                                     DEFENDANTS

## ORDER DIRECTING RESPONSE TO MOTION

THIS MATTER is before the court on a Motion for Summary Judgment [29] filed by Defendants on November 18, 2009. Plaintiff has not responded to the motion. Because the motion, if granted, could result in the dismissal of this case, the court will afford Plaintiff a final opportunity to respond to the motion.

It is, therefore, ORDERED and ADJUDGED that:

1. Plaintiff shall file his response to the motion on or before January 4, 2010; and

2. Should Plaintiff fail to respond by January 4, 2010, the motion will be considered and ruled upon without his response.

SO ORDERED on this the 16th day of December, 2009.

s/ Michael T. Parker
United States Magistrate Judge