IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ANTHONY MCNABB                                                                                                PLAINTIFF

V.                                                   CIVIL ACTION NO. 5:09cv26-MTP

KAY WASHINGTON, *et al.*                                                DEFENDANTS

## JUDGMENT

This cause having come before the court on a Motion for Summary Judgment [19] filed by Defendants, and a decision having been duly rendered by separate Memorandum Opinion and Orders [22],

IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE and that all other pending motions, if any, are dismissed as moot.

THIS, the 25th day of January, 2010.

_____
United States Magistrate Judge